Local Form 2083A (5/12)

# United States Bankruptcy Court
## Eastern District of Washington

In re: Elizabeth Mujica
Debtor(s)

Case No. 19-00987
Chapter 13

## DEBTOR'S PLAN PAYMENT DECLARATION

1. The first plan payment will be made on or before __5/12/2019__. (The date specified must be no later than 30 days after the date of the filing of the plan, or the order for relief, whichever is earlier.) All subsequent plan payments will be made on or before the same day of each subsequent month for the remaining term of the plan.

2. The debtor's employer/income source is as follows:

    a. Debtor No. 1: Elizabeth Mujica
    Employer I.D. or Last Four Digits of S.S.N.: xxx-xx-0776
    Employer/Income Source: Bechtel National, Inc
    Address: 12011 Sunset Hills Rd, Ste 110
    Reston
    VA, 20190
    Phone No.

    Debtor No. 2:
    Employer I.D. or Last Four Digits of S.S.N.:
    Employer/Income Source:
    Address:
    ,
    Phone No.

    b. Debtor No. 1 is Paid:
    - [ ] Weekly
    - [✓] Bi-weekly
    - [ ] Semi-monthly
    - [ ] Monthly
    - [ ] Other _____

    Debtor No. 2 is Paid:
    - [ ] Weekly
    - [ ] Bi-weekly
    - [ ] Semi-monthly
    - [ ] Monthly
    - [ ] Other _____

    c. Deduct payments from wages or income source of:

    Debtor No. 1  $242.77  ~~each month~~
    - [✓] Evenly from each check
    - [ ] All from one check. If so, pay period from which to deduct is _____.
    - [ ] Other _____

    Debtor No. 2  _____  each month
    - [ ] Evenly from each check
    - [ ] All from one check. If so, pay period from which to deduct is _____
    - [ ] Other _____

3. Debtor acknowledges:

    a. Immediately after filing, the trustee is authorized to present to the court an order, without notice, directing any entity from whom the debtor receives money, such as employers and governmental agencies, to pay all or part of such income to the Chapter 13 Trustee, except to the extent otherwise subject by law or setoff, recoupment or alternative disposition.

    b. Payments made by the debtor directly to the trustee will only be permitted when specifically authorized by an order of the court pursuant to LBR 2083-1(b).

Declaration - Page 1

If direct payments are authorized by the court, such payments will be made:

1. In the form of a *cashier's check* or *money order* only; (No **personal checks, cash,** or **electronic bank transfers (EBT)** will be accepted.)

2. Payable to Daniel H. Brunner, Trustee, and sent to P.O. Box 1003, Memphis, Tennessee 38101-1003; and

3. With the debtor's **first and last name** and **bankruptcy case number**, exactly as they appear on the bankruptcy petition, clearly printed on the check.

Dated: 4/26/2019

/s/ Kevin D. Swartz
Kevin D. Swartz #32609
Attorney for Debtor

/s/ Elizabeth Mujica
Elizabeth Mujica
Debtor