UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

InRe:  Mujica, Elizabeth
        4212 Cochins Lane
        Pasco, WA  99301

Debtor(s)

Case No.  19-00987-FPC13

Release of Trustee's Directive to Pay
Debtor's Income to Trustee

Employee Name:  Mujica, Elizabeth

Social Security No.  XXX-XX-0776

Trustee hereby releases the Trustee's Directive to Pay Debtors Income to the Trustee previously entered in this case directing employer Bechtel National Inc , to withhold from the earnings of this Debtor and pay those sums to the trustee.

This release is issued for the reason that:

DEBTOR IS NO LONGER EMPLOYED WITH THE ABOVE EMPLOYER

Dated:  8/7/2019

Daniel H. Brunner, Trustee

By:    Korie Dixson  /S/KD